## 59259. JOHNSON v. THE STATE.

DEEN, Presiding Judge.

The opinion and judgment in this case (154 Ga. App. 793 (270 SE2d 214)) having been reversed by the Supreme Court (*State v. Johnson,* 246 Ga. 654 (272 SE2d 321)) our judgment is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Quillian, C. J., McMurray, P. J., Shulman, P. J., Banke, Birdsong, Carley, Sognier and Pope, JJ., concur.*

DECIDED JANUARY 29, 1981.

*Kenneth R. Chance,* for appellant.
*Richard E. Allen, District Attorney, James W. Purcell, Assistant District Attorney,* for appellee.